UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FELIPE MENDEZ; MARIA MENDEZ,

Plaintiffs,

vs.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,

Defendant.

NO. C26-674RSL

ORDER OF DISMISSAL

The parties stipulated at Dkt. # 13, that the above-captioned action and all claims and causes of action asserted by plaintiffs therein be dismissed with prejudice and without attorneys' fees or costs to any party

It is NOW, THEREFORE, ORDERED that this matter be DISMISSED with prejudice.

DATED this 8th day of October, 2026.

Robert S. Lasnik
United States District Judge